## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CVR ENERGY, INC.,

     Plaintiff,

v.                           Case No. 13-cv-2547 JAR/DJW

WACHTELL, LIPTON, ROSEN & KATZ,
et al.,

     Defendants.

## SPECIALLY APPEARING DEFENDANTS' INDEX OF EXHIBITS
## TO MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF
## PERSONAL JURISDICTION AND FOR IMPROPER VENUE

| Exhibit | Description |
|---------|-------------|
| 1 | Affidavit of Benjamin M. Roth, dated December 18, 2013 |
| 2 | E-mail from Hochstat, dated January 13, 2012 |
| 3 | Email from Roth, dated January 16, 2012 |
| 4 | WLRK Engagement Letter, dated January 16, 2012 |
| 5 | WLRK Summons and Complaint, dated December 18, 2012 |
| | **CVR Energy, Inc. Public Documents and SEC Filings** |
| 6 | CVR Energy, Inc. Website Home Page, accessed December 18, 2013 |
| 7 | CVR Press Release, dated September 26, 2013 |
| 8 | CVR Energy, Inc. Schedule 14D-9, dated February 17, 2012 |

| Exhibit | Description |
|---|---|
| 9 | CVR Energy, Inc. Schedule 14D-9, dated February 24, 2012 |
| 10 | CVR Energy, Inc. Schedule 14D-9, dated March 1, 2012 |
| 11 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 1, dated March 1, 2012 |
| 12 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 2, dated March 7, 2012 |
| 13 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 3, dated March 9, 2012 |
| 14 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 4, dated March 14, 2012 |
| 15 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 5, dated March 19, 2012 |
| 16 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 6, dated March 28, 2012 |
| 17 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 7, dated April 3, 2012 |
| 18 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 8, dated April 13, 2012 |
| 19 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 9, dated April 19, 2012 |
| 20 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 10, dated April 23, 2012 |
| 21 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 11, dated April 23, 2012 |
| 22 | CVR Energy, Inc. Schedule 14D-9 Amendment No. 12, dated May 3, 2012 |
| 23 | CVR Energy, Inc. Current Report (Form 8-K), dated May 11, 2012 |
| 24 | CVR Energy, Inc. Annual Report (Form 10-K), dated March 14, 2013 |

| Exhibit | Description |
|:---:|:---:|
| | **Icahn SEC Filings** |
| **25** | Carl Icahn Schedule 13D, dated January 13, 2012 |
| **26** | Carl Icahn Schedule 13D Amendment No. 3, dated February 16, 2012 |
| **27** | Icahn Enterprises, L.P. Current Report (Form 8-K), dated November 15, 2013 |
| | **CVR Energy, Inc. Board Minutes and Resolutions** |
| **28** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on January 24, 2012 |
| **29** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on February 2, 2012 |
| **30** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on February 6, 2012 |
| **31** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on February 12, 2012 |
| **32** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on February 17, 2012 |
| **33** | Minutes of Meeting of CVR Energy, Inc. Board of Directors for February 27, 2012 |
| **34** | Minutes of Meeting of CVR Energy, Inc. Board of Directors for February 28, 2012 |
| **35** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on February 29, 2012 |
| **36** | Minutes of Meeting of CVR Energy, Inc. Board of Directors of March 19, 2012 |
| **37** | Minutes of Meeting of CVR Energy, Inc. Board of Directors on March 22, 2012 |

| Exhibit | Description |
|---|---|
| 38 | Minutes of Meeting of CVR Energy, Inc. Board of Directors on April 4, 2012 |
| 39 | Minutes of Meeting of CVR Energy, Inc. Board of Directors on April 10, 2012 |
| 40 | Minutes of Meeting of CVR Energy, Inc. Board of Directors on April 13, 2012 |
| 41 | Minutes of Meeting of CVR Energy, Inc. Board of Directors on April 18, 2012 |
| 42 | Written Consent of the Board of Directors of CVR Energy, Inc., dated May 4, 2012 |
| | **New York Bank Engagement Letters** |
| 43 | Deutsche Bank First Engagement Letter, dated January 23, 2012 |
| 44 | Goldman Sachs First Engagement Letter, dated February 15, 2012 (effective as of January 15, 2012) |
| 45 | Deutsche Bank Second Engagement Letter, dated March 23, 2012 |
| 46 | Goldman Sachs Second Engagement Letter, dated March 21, 2012 |
| | **New York Bank Action Documents** |
| 47 | New York Bank Action Docket |
| 48 | Complaint in *Goldman, Sachs & Co.* v. *CVR Energy, Inc.*, No. 652149/2012, filed in New York Supreme Court, June 21, 2012 |

| Exhibit | Description |
|---|---|
| 49 | Complaint in *Deutsche Bank Securities Inc.* v. *CVR Energy, Inc.*, No. 652800/2012, filed in New York Supreme Court, August 10, 2012 |
| 50 | Consolidation Order in NY Bank Action, dated September 5, 2012 |
| 51 | Stipulation and Order for the Production and Exchange of Confidential Information and Regarding the Inadvertent Production of Privileged Material, entered in *Deutsche Bank Securities Inc.* v. *CVR Energy*, No. 652800/2012, dated September 14, 2012 |
| 52 | Stipulation and Order for the Production and Exchange of Confidential Information and Regarding the Inadvertent Production of Privileged Material, entered in *Goldman, Sachs & Co.* v. *CVR Energy*, No. 652149/2012, dated September 14, 2012 |
| 53 | CVR Energy, Inc., Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment, filed in New York Supreme Court, dated October 11, 2013 |
| 54 | Subpoena *Duces Tecum* Served upon Wachtell Lipton in New York Supreme Court, dated November 27, 2012 |
| | **New York Bank Action Deposition Transcripts** |
| 55 | Deposition of CVR Energy CEO John Lipinski, dated January 26, 2013 |
| 56 | Deposition of Former CVR Energy CFO Frank Pici, dated February 19, 2012 |
| 57 | Deposition of Benjamin M. Roth, dated March 8, 2013 |
| 58 | Deposition of CVR Energy General Counsel Edmund Gross, dated April 10, 2013 |

Dated: December 18, 2013                   Respectfully submitted,

                                           **BERKOWITZ OLIVER WILLIAMS**
                                           **SHAW & EISENBRANDT LLP**


                                           By:_____*/s/* James L. Eisenbrandt_____
                                                 James L. Eisenbrandt, KS #  6839
                                                 Jeffrey D. Morris, KS # 16123
                                                 Christina M. DiGirolamo, KS # 23406
                                                 Berkowitz Oliver Williams
                                                 Shaw & Eisenbrandt LLP
                                                 2600 Grand Boulevard, Suite 1200
                                                 Kansas City, MO 64108
                                                 Telephone:  (816) 561-7007
                                                 Facsimile:   (816) 561-1888
                                                 Email:       jeisenbrandt@berkowitzoliver.com
                                                              jmorris@berkowitzoliver.com
                                                              cdigirolamo@berkowitzoliver.com

                                           *ATTORNEYS FOR DEFENDANTS*




**CERTIFICATE OF SERVICE**

      This is to certify that on December 18, 2013, I electronically filed the above document
with the Clerk of Court using the CM/ECF system, which will cause the document to be served
upon all counsel of record.



            ____*/s/* James L. Eisenbrandt_____
            Attorney for Defendants




6