# Exhibit A

## Annex

## Relevant Written Requests Addressed to CVR

REQUEST NO. 2

All communications, and all documents reflecting communications, concerning any of the allegations in the Federal or State Complaints.

REQUEST NO. 13

All time records and invoices of Herbert Beigel, Robert Viducich, or any other attorney concerning the State Action, the Federal Action, the New York Bank Action, or any actual or potential action against Wachtell Lipton.

REQUEST NO. 17

All documents concerning any investigation by the SEC of CVR, including without limitation all documents concerning the SEC Investigation, the subject matter of the SEC Investigation, or the origins of the SEC Investigation.

REQUEST NO. 27

All time records and invoices of any attorneys or other representatives retained by CVR in connection with the SEC Investigation, including without limitation Herbert Beigel or any attorneys at Fried Frank, relating to the work of such representatives in connection with the SEC Investigation or the subject matter thereof.

REQUEST NO. 28

All documents concerning any agreement or settlement entered into by CVR or Icahn in connection with the New York Bank Action, including without limitation all offers and proposals concerning potential settlements, as well as a copy of any agreement entered into by CVR or Icahn, on the one hand, and Goldman Sachs and Deutsche Bank (or either of them), on the other, concerning the New York Bank Action, and any cancelled checks or wire transfers reflecting the payment by CVR of any amount(s) related to those agreements.

**Relevant Subpoena Topics Addressed to Icahn**

REQUEST NO. 2

All communications, and all documents reflecting communications, between Icahn and any person or entity concerning any of the allegations in the Federal or State Complaints.

REQUEST NO. 8

All time records and invoices of Herbert Beigel, Robert Viducich, or any other attorney regarding the New York Bank Action, the State Action, the Federal Action, or any actual or potential action against Wachtell Lipton.

REQUEST NO.17

All documents concerning any investigation by the SEC of CVR, including without limitation all documents concerning the SEC Investigation, the subject matter of the SEC Investigation, or the origins of the SEC Investigation.

REQUEST NO. 24

All documents concerning any agreement or settlement entered into by CVR or Icahn in connection with the New York Bank Action, including without limitation all offers and proposals concerning potential settlements, as well as a copy of any agreement entered into by CVR or Icahn, on the one hand, and Goldman Sachs and Deutsche Bank (or either of them), on the other, concerning the New York Bank Action, and any cancelled checks or wire transfers reflecting the payment by CVR of any amount(s) related to those agreements.

REQUEST NO. 25

All time records and invoices of any attorneys or other representatives retained in connection with the SEC Investigation, including without limitation Herbert Beigel or any attorneys associated with Fried Frank, relating to the work of such representatives in connection with the SEC Investigation or the subject matter thereof.