# Exhibit B

# Vincent Levy

| | |
|---|---|
| **From:** | Vincent Levy |
| **Sent:** | Monday, December 4, 2017 12:20 PM |
| **To:** | Herbert Beigel; 'Robert R. Viducich' |
| **Cc:** | Michael Shuster; Benjamin F. Heidlage; John Gleeson (jgleeson@debevoise.com); Brenner, Michael A. |
| **Subject:** | CVR v. Wachtell Lipton (SDNY) |
| **Attachments:** | 12-4 letter to H Beigel re joint letter re discovery motion.pdf; Annex to CVR discovery letter (12-4).DOCX; CVR Discovery Dispute Pre-Motion Letter (12-4).DOCX |

Dear Herb, Rob,

Please see the enclosed.

Best regards,
Vincent

# HOLWELL SHUSTER & GOLDBERG LLP

*750 Seventh Avenue, 26th Floor*
*New York, New York 10019*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Vincent Levy*
*(646) 837-5120*
*vlevy@hsgllp.com*

December 4, 2017

Herbert Beigel, Esq.
Law Offices of Herbert Beigel
38327 South Arroyo Way
Tucson, AZ 85739

Re:   *CVR Energy, Inc. v. Wachtell, Lipton, Rosen, & Katz, et al.*, No. 14-cv-06566 (S.D.N.Y.)

Dear Herb:

      Pursuant to Rule 2.G of Judge Sullivan's Individual Rules and Practices, we enclose a draft joint letter seeking the Court's assistance in resolving certain discovery disputes. We request your contribution to the letter within 72 hours of this request.

      We reserve all our rights, including to seek judicial relief as to other matters.

      Sincerely,

      /s/ Vincent Levy

      Vincent Levy

# Vincent Levy

| | |
|---|---|
| **From:** | Vincent Levy |
| **Sent:** | Tuesday, December 5, 2017 7:02 PM |
| **To:** | 'Herbert Beigel' |
| **Cc:** | Robert Viducich |
| **Subject:** | RE: Wachtell |

Herb,

Thank you for the update about your contribution to the joint letter, which we understand we will receive no later than Thursday, December 7.

Thank you as well for letting us know about Mr. Lipinski.  We note that the dates you have identified are outside the discovery period and we reserve all of our rights regarding that timing.   We do not otherwise agree to the contents of your email.  We reserve all rights and waive none.

Vince

---

**From:** Herbert Beigel [mailto:hbeigel@me.com]
**Sent:** Tuesday, December 5, 2017 2:35 PM
**To:** Vincent Levy <vlevy@hsgllp.com>
**Cc:** Robert Viducich <rviducich@rrvlaw.com>
**Subject:** Wachtell

Vince

Jack Lipinski is retiring from CVR this month but I am informed he can be available for deposition on 1/23, or 1/24, or 1/25.  I will be representing him.

As he was deposed previously, and as we previously informed your firm, his deposition should be limited to the SEC investigation, as is the case with Schaitkin and Gross, also previously deposed -- and a similar limitation should apply to my deposition should I agree to be deposed, though I have not yet agreed to be deposed (and, indeed, your predecessor had previously agreed in principle that my deposition would not be taken).

Please also note that we will attempt to provide our contribution to your draft joint-letter by tomorrow, but might need another day.  In the interim, we also note that your draft joint-letter was the first time you responded to, among other things, our SEC-related points and proposals of a month ago and we remain willing to meet and confer regarding them and the above, as well as matters pertaining to our discovery requests.

Herbert Beigel
38327 S. Arroyo Way
Tucson, AZ 85739
520-825-1995
520-869-5836 (mobile)
520-844-6215(fax)

# Vincent Levy

| | |
|---|---|
| **From:** | Vincent Levy |
| **Sent:** | Thursday, December 7, 2017 10:25 PM |
| **To:** | 'Robert R. Viducich'; Herbert Beigel |
| **Cc:** | Benjamin F. Heidlage |
| **Subject:** | RE: CVR |

Rob,

Thank you for letting us know.  If we do not have your portion of the letter by 10 a.m., we will file our portion alone.

Best,
Vince

**From:** Robert R. Viducich [mailto:rviducich@rrvlaw.com]
**Sent:** Thursday, December 7, 2017 7:53 PM
**To:** Vincent Levy <vlevy@hsgllp.com>; Herbert Beigel <hbeigel@me.com>
**Cc:** Benjamin F. Heidlage <bheidlage@hsgllp.com>
**Subject:** RE: CVR

Vincent,

It turns out that we won't be able to get you a revised draft of the joint-letter today after all, but we will send it in the morning.

Regards,

- Rob

**Law Office of Robert R. Viducich**
40 Wall Street, 28th Floor
New York, New York 10005
Tel: (212) 400-7135

_____

```
This email is sent by an attorney and may contain information that is confidential
and privileged.  If you are not the intended recipient, please delete the email and
any attachments and notify me immediately.  Thank you.
```

**From:** Vincent Levy [mailto:vlevy@hsgllp.com]
**Sent:** Wednesday, December 6, 2017 8:09 PM
**To:** Herbert Beigel; Robert R. Viducich
**Cc:** Benjamin F. Heidlage
**Subject:** CVR

Herb,

Please see the enclosed.

Thanks,
Vince

Vincent Levy
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5120 (office)
(917) 669-0870 (mobile)
www.hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**Vincent Levy**

| | |
|---|---|
| **From:** | Robert R. Viducich <rviducich@rrvlaw.com> |
| **Sent:** | Friday, December 8, 2017 8:48 AM |
| **To:** | Vincent Levy |
| **Cc:** | Benjamin F. Heidlage; Herbert Beigel |
| **Subject:** | CVR v. Wachtell et al. draft joint-letter |
| **Attachments:** | CVR Discovery Dispute Pre-Motion Letter (12-8).DOCX; 'EXHIBIT A' - Revised Custodians and search terms for supplemental requests (re SEC investigation and order).pdf |

Please see the attached.

- Rob

**Law Office of Robert R. Viducich**
40 Wall Street, 28th Floor
New York, New York 10005
Tel: (212) 400-7135

_____

This email is sent by an attorney and may contain information that is confidential
and privileged.  If you are not the intended recipient, please delete the email and
any attachments and notify me immediately.  Thank you.