UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CVR ENERGY, INC.,

       Plaintiff,

vs.

WACHTELL, LIPTON, ROSEN & KATZ,
BENJAMIN M. ROTH and
ANDREW R. BROWNSTEIN,

       Defendants.
------------------------------------------------------------X

Case No. 14-cv-06566 (RJS)

**NOTICE OF APPEAL**

    NOTICE IS HEREBY GIVEN that Plaintiff CVR Energy, Inc. in the above-captioned action appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order filed (and dated) October 9, 2019, and all underlying related orders, including the Order filed September 28, 2018 (and dated September 27, 2018), which orders granted Defendants' motion for judgment on the pleadings and dismissed the amended complaint, and denied Plaintiff's motion for reconsideration, and denied Plaintiff's requests for leave to further amend the complaint (except as to a single alleged wrongful act).

Dated: November 4, 2019

                                                  Respectfully submitted,

                                                  /s/ Robert R. Viducich
                                                  Robert R. Viducich
                                                  LAW OFFICE OF ROBERT R. VIDUCICH
                                                  40 Wall Street, 28th Floor
                                                  New York, New York 10005
                                                  Tel: (212) 400-7135
                                                  Email: rviducich@rrvlaw.com

                                                  -and-

                                                  Herbert Beigel
                                                  LAW OFFICES OF HERBERT BEIGEL
                                                  5641 N. Chieftan Trail
                                                  Tucson, AZ 85750

(520) 825-1995

*Attorneys for Plaintiff*

2